UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
NO. 2:24-CR-009-D

UNITED STATES OF AMERICA

v.

HOLDEN MEDLIN,
    Defendant.

**ORDER**

On the Defendant Holden Medlin's motion, and for good cause shown, it is hereby ORDERED that Docket Entry 84 be sealed until further notice by this Court.

SO ORDERED. This the 17 day of October, 2025.

JAMES C. DEVER III
United States District Judge

1