UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
NO. 2:24-CR-009-D

UNITED STATES OF AMERICA

v.

**ORDER**

HOLDEN THORPE MEDLIN,
    Defendant.

On motion of the Defendant, Holden Thorpe Medlin, and for good cause shown,

it is hereby ORDERED that Docket Entry 94 be sealed until otherwise ordered by the

Court, except that copies may be provided to the United States Attorney's Office and

Counsel for the above-named Defendant.

SO ORDERED. This the _5_ day of December, 2025.

JAMES C. DEVER III
United States District Judge

1